UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENAMUL H. CHOWDHURY., <br><br> Choose an item., <br><br> -against- <br><br> GOVERNMENT OF THE PEOPLES REPUBLIC OF BANGLADESH ET AL, <br><br> Choose an item.. | 25 CIVIL 06163 (LTS) <br><br> ORDER DENYING IFP APPLICATION |

Choose a judge's name, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   September 29, 2025
             New York, New York

                                                          *Laura Taylor Swain*
                                                LAURA TAYLOR SWAIN
                                     Chief United States District Judge