UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENAMUL HAQE CHOWDHURY,

                Plaintiff,

        -against-

GOVERNMENT OF THE PEOPLES
REPUBLIC OF BANGLADESH, et al.,

              Defendants.

1:25-CV-6163 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 10, 2025, the Court directed Plaintiff, who appears *pro se*, within 30 days, to either pay the $405 in fees required to file a civil action in this court or complete, sign, and submit an amended *in forma pauperis* ("IFP") application.[1] (ECF 5.) The Court issued that order because Plaintiff's original IFP application contained inconsistent statements with respect to whether Plaintiff has insufficient funds to pay the required fees and, thus, whether the Court should grant him IFP status. (*Id.*)

On September 22, 2025, Plaintiff filed five submissions (ECF 6-10), including an amended IFP application (ECF 8). By order dated and entered on September 29, 2025, the Court denied Plaintiff leave to proceed IFP and directed him to pay the $405 in fees to bring this civil action within 30 days of the date of that order. (ECF 11.) In that order, the Court warned Plaintiff

---

[1] In his complaint, Plaintiff reveals the full name of his minor child. Under Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, a court submission must not reveal the full name of a minor child; it may only refer to the minor child's name by using the child's name's initials. Fed. R. Civ. P. 5.2(a)(3). In an abundance of caution, the Court has directed the Clerk of Court to restrict electronic access to Plaintiff's complaint.

that, if he did not comply with that order within the time allowed, the Court would dismiss this action. (*Id.*)

On October 27, 2025, Plaintiff filed a "Motion for reconsideration Order for filling as docket fees and dismissed and entering judgment with punish Chief Judge Companion for misinformation." (ECF 12.) The Court construes this submission as a motion for reconsideration of the Court's September 29, 2025 order, brought under Local Civil Rule 6.3. Because Plaintiff did not file his motion within the 14-day period in which to file a timely motion for reconsideration, that is, by October 14, 2025, the day after the 2025 Columbus Day federal holiday, *see* Local Civil Rule 6.3 (14-day period to file motion for reconsideration under this rule); *see also* Fed. R. Civ. P. 6(a)(1)(C) (if last day of period falls on a Saturday, Sunday, or legal holiday, period is extended to next court business day), the Court denies the motion as untimely.

In light of Plaintiff's *pro se* status, however, the Court grants Plaintiff one final opportunity to pay the $405 in fees required to file this civil action. The Court grants Plaintiff 30 days from the date of this order to submit payment of the $405 in fees to bring this action. Payment of the fees should be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by

2

credit card, money order, certified check, or cash. If Plaintiff does not pay the fees within the time allowed, the Court will dismiss this action.

## CONCLUSION

The Court construes Plaintiff's "Motion for reconsideration Order for filling as docket fees and dismissed and entering judgment with punish Chief Judge Companion for misinformation" (ECF 12) as a motion for reconsideration of the Court's September 29, 2025 order, brought under Local Civil Rule 6.3. The Court denies that motion as untimely. The Court therefore directs the Clerk of Court to terminate ECF 12.

The Court grants Plaintiff's motion for permission for electronic case filing. (ECF 9.) Thus, the Court also directs the Clerk of Court to terminate ECF 9.

The Court further grants Plaintiff one final 30-day period in which to pay the $405 in fees to bring this civil action. If Plaintiff does not do so within the time allowed, the Court will dismiss this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 20, 2026
        New York, New York

                         /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                   Chief United States District Judge