UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENAMUL HAQE CHOWDHURY,

                                Plaintiff,

        -against-

GOVERNMENT OF THE PEOPLES
REPUBLIC OF BANGLADESH, et al.,

                                Defendants.

1:25-CV-6163 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 20, 2026, the Court directed Plaintiff, within 30 days, to pay the $405 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

 Dated:    May 27, 2026
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge