UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENAMUL HAQE CHOWDHURY,

                        Plaintiff,

        -against-

GOVERNMENT OF THE PEOPLES
REPUBLIC OF BANGLADESH, ET AL.,

                        Defendants.

25 CIVIL 006163 (LTS)

# CIVIL JUDGMENT

        For the reasons stated in the May 27, 2026, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

        SO ORDERED.

 Dated:    May 28, 2026
           New York, New York


                                                    /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                           Chief United States District Judge